

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

DEC 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-7916 |
| Originating Case Number: | 5:21-cv-02777-EJD |
| | 5:21-md-03001-EJD |
| Short Title: | Wilkinson, et al. v. Meta Platforms, Inc., et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-7916 |
| Originating Case Number: | 5:21-cv-02777-EJD |
| | 5:21-md-03001-EJD |
| | |
| Case Title: | Wilkinson, et al. v. Meta Platforms, Inc., et al. |

**Monday, December 22, 2025**

| | |
|---|---|
| Google Payment Corp. | Mediation Questionnaire due |
| Google LLC | Mediation Questionnaire due |
| Meta Platforms, Inc. | Mediation Questionnaire due |

**Wednesday, December 31, 2025**

| | |
|---|---|
| Google LLC | Appeal Transcript Order Due |
| Google Payment Corp. | Appeal Transcript Order Due |
| Meta Platforms, Inc. | Appeal Transcript Order Due |

**Friday, January 30, 2026**

| | |
|---|---|
| Meta Platforms, Inc. | Appeal Transcript Due |
| Google LLC | Appeal Transcript Due |
| Google Payment Corp. | Appeal Transcript Due |

**Wednesday, March 11, 2026**

| | |
|---|---|
| Meta Platforms, Inc. | Appeal Opening Brief Due |
| Google Payment Corp. | Appeal Opening Brief Due |
| Google LLC | Appeal Opening Brief Due |

**Friday, April 10, 2026**

| | |
|---|---|
| Janice Wilson | Appeal Answering Brief Due |
| Erica Montoya | Appeal Answering Brief Due |
| Maria Valencia-Torres | Appeal Answering Brief Due |
| Donna Whiting | Appeal Answering Brief Due |
| Terri Bruschi | Appeal Answering Brief Due |
| Michael Brown | Appeal Answering Brief Due |
| Patricia McCullough | Appeal Answering Brief Due |
| Carol Smith | Appeal Answering Brief Due |
| Laura Perkinson | Appeal Answering Brief Due |
| Glenna Wiegard | Appeal Answering Brief Due |
| Joyce Jernigan | Appeal Answering Brief Due |
| Sheri Miller | Appeal Answering Brief Due |
| Mary Austin | Appeal Answering Brief Due |
| Nancy Urbanczyk | Appeal Answering Brief Due |
| John Sparks | Appeal Answering Brief Due |
| Jennifer Andrews | Appeal Answering Brief Due |
| Clotera Rogers | Appeal Answering Brief Due |
| Paul Lombard | Appeal Answering Brief Due |
| Ben Kramer | Appeal Answering Brief Due |
| Amanda Klotz | Appeal Answering Brief Due |
| Sandra Meyers | Appeal Answering Brief Due |
| Steve Simons | Appeal Answering Brief Due |
| Frances Long | Appeal Answering Brief Due |
| Allison Koda | Appeal Answering Brief Due |
| Eleanor Mizrahi | Appeal Answering Brief Due |
| John Sarley | Appeal Answering Brief Due |
| Vanessa Sowell Skeeter | Appeal Answering Brief Due |
| Shellie Lords | Appeal Answering Brief Due |
| Dawn Mehsikomer | Appeal Answering Brief Due |
| Denice Wax | Appeal Answering Brief Due |
| Kathleen Wilkinson | Appeal Answering Brief Due |
| Rick Larsen | Appeal Answering Brief Due |
| Hannelore Boorn | Appeal Answering Brief Due |
| Edgar Smith | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**