No. 25-7916

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**In re: Google Play Store Simulated Casino-Style Games Litigation**

**In re: Facebook Simulated Casino-Style Games Litigation**

On Petition for Permission to Appeal from the
United States District Court for the Northern District of California
Nos. 5:21-md-03001 and 5:21-cv-02777
Hon. Edward J. Davila

Plaintiffs-Appellees' Response to Motion for Leave to File Brief of
NetChoice and Chamber of Progress as Amici Curiae in Support of
Defendants-Appellants

Rafey S. Balabanian
Todd Logan
EDELSON PC
150 California St, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson
Alexander G. Tievsky
EDELSON PC
350 N LaSalle St, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378
atievsky@edelson.com

*Counsel for Plaintiffs-Appellees*

Proposed Amici Curiae NetChoice and Chamber of Progress have requested leave to file a brief in support of Defendants-Appellants. Although Plaintiffs-Appellees consented to every other amicus who contacted them, they were unable to provide consent with respect to this brief because of counsel's refusal to comply with the requirements of Federal Rule of Appellate Procedure 29(a)(4)(E)(i), which requires disclosure as to whether "a party's counsel authored the brief in whole or in part[.]"

NetChoice and Chamber of Progress state that "[n]o counsel for any party authored the attached brief in whole or in part," but that does not appear to be a complete and accurate statement. Specifically, a document on Meta's website indicates that Lehotsky Keller Cohn LLP represents Meta Platforms, Inc., which is a party to this case, in another matter. *See* Interim Award, https://about.fb.com/wp-content/uploads/2025/03/Arbitration-Interim-Award.pdf. Further, two of the attorneys who appear on the brief have recently appeared in this Court on behalf of Google LLC, also a party here, in another matter. *See* Notices of Appearance of Scott A. Keller and Steven Paul Lehotsky, *Republican Nat'l Comm. v. Google, Inc.*, No. 24-5358 (April 19, 2025).

1

Plaintiffs note that Federal Rule of Appellate Procedure 29(a)(4)(E)(i) does not expressly limit its disclosure requirement based on whether counsel represents the party in this matter or in another matter. Given that the disclosure requirement "serves to deter counsel from using an amicus brief to circumvent page limits on the parties' briefs," Advisory Committee Notes to 2010 Amendments to Fed. R. App. P. 29 subd. (c)(5), taking that narrow view of the requirement would permit a party to simply enlist its other lawyers to help circumvent those limits by representing compliant amici while maintaining a duty of loyalty to the party.

Plaintiffs do not know the degree to which counsel for NetChoice and Chamber of Progress coordinated directly with their clients Google and Meta with respect to the preparation of the proposed brief. Accordingly, they take no position on the relief requested. However, because counsel for NetChoice and Chamber of Progress authored the brief and are counsel for two parties, that fact should have been disclosed to permit the Court to make a fully informed decision.[1]

---

[1] Plaintiffs raised the same issue with several other amici who requested consent to file briefs, all of whom agreed to make the disclosure, even if they disagreed as to whether it was required.

Dated: April 27, 2026      Respectfully Submitted,

By: <u>s/ Alexander G. Tievsky</u>
   *One of Plaintiffs-Appellees'
   Attorneys*

Rafey S. Balabanian  
Todd Logan  
EDELSON PC  
150 California St, 18th Floor  
San Francisco, CA 94111  
Tel: 415.212.9300  
Fax: 415.373.9435  

Jay Edelson  
Alexander G. Tievsky  
EDELSON PC  
350 N LaSalle St, 14th Floor  
Chicago, IL 60654  
Tel: 312.589.6370  
Fax: 312.589.6378  
atievsky@edelson.com  

*Counsel for Plaintiffs-Appellees*

3